**Haywood Allen CANNON, Plaintiff–Appellant,**

v.

**Russell W. DUKE, Jr.; Lois B. Meyer, Defendants–Appellees.**

No. 01–2214.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 4, 2002.

Haywood Allen Cannon, Appellant Pro Se. Staci Tolliver Meyer, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Haywood Allen Cannon appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Cannon v. Duke,* No. CA–00–52–7–F (E.D.N.C. Sept. 7, 2000 & Aug. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*